1  J.M. IRIGOYEN #177626
   J.M. IRIGOYEN LAW CORPORATION
2  2131 Amador
   Fresno, CA 93721
3
   559.233.3333
4

5  Attorney for Defendant
   RONNIE RODRIGUEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,  )   Case No: CRF-05-0184 AWI
11                            )
         Plaintiff,           )
12                            )
         vs.                  )   SUBSTITUTION OF ATTORNEYS
13                            )
   RONNIE RODRIGUEZ,          )
14                            )
         Defendant.           )
15  _____)

16                          * * * *

17       J.M. IRIGOYEN, Attorney at Law is hereby substituted as

18  attorney of record for the Defendant, RONNIE RODRIGUEZ, in

19  place and instead of BARBARA HOPE O'NEILL, Attorney at Law.

20       I hereby consent to the above substitution.

21  DATED: 08-31-05

22                              s/J. M. Irigoyen

23                              _____
                                 J.M. Irigoyen, Esq.
24
         I hereby consent to the above substitution.
25
   DATED: 09-06-05              s/Barbara Hope O'Neill
26

27                              _____
                                Barbara Hope O'Neill, Esq.
28

                                1

1            I hereby consent to the above substitution.

2       DATED: 08-30-05
                                    s/Ronnie Rodriguez
3                               _____
                                    Ronnie Rodriguez
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   I hereby certify that on September 6, 2005, I

2   electronically filed the foregoing SUBSTITUTION OF

3   ATTORNEYS with the Clerk of the Court using the CM/ECF

4   System which will send notification of such filing to

5   CM/ECF participant(s).

6

    Dated: September 6, 2005

7   s/J.M. Irigoyen

8   J. M. Irigoyen

9

10

    IT IS SO ORDERED.

11

    **Dated:    September 12, 2005              /s/ Anthony W. Ishii**
12   0m8i78                              UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28