```
 1  J.M. IRIGOYEN #177626
    J.M. IRIGOYEN LAW CORPORATION
 2  2131 Amador
    Fresno, CA 93721
 3
    (559) 233-3333
 4
    Attorney for Defendant
 5  RONNIE RODRIGUEZ

 6

 7

 8
                  UNITED STATES DISTRICT COURT FOR THE
 9
                      EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,  )   Case No. 05 cr 184 OWW
                               )
12       Plaintiff,            )
                               )
13       vs.                   )   STIPULATION TO CONTINUE
                               )   SENTENCING
14  RONNIE RODRIGUEZ,          )
                               )
15       Defendant.            )
    _____)
16

17       It is stipulated and agreed between the parties that

18  SENTENCING the above matter currently set for December 12,

19  2006, at 1:30 p.m. be continued to January 22, 2007 at 1:30

20  p.m.

21            I hereby agree to the above stipulation.

22  Dated: December 8, 2006

23                                       s/J.M. Irigoyen

24                                  _____
                                         by:J.M. Irigoyen
25                                       Attorney for Defendant

26
    //
27
    //
28
                                     1
```

I hereby consent to the above stipulation.

DATED: December 8, 2006
                                           s/Kevin Rooney

                                           _____
                                           by: Kevin Rooney
                                           Assistant U.S. Attorney

## ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.

**Dated:   December 10, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE