```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )
                             )
            Plaintiff        )      1:05-CR-184 OWW
                             )
     v.                      )
                             )
RONNIE RODRIGUEZ,            )
                             )
            Defendant        )      ORDER RECOMMENDING INSTITUTION
_____)
```

The Court hereby recommends the defendant be incarcerated at the facility at Lompoc, California, but only insofar as it meets with space availability and security classification

```
Dated: February 1, 2007              /s/ OLIVER W. WANGER
                                     _____
                                     OLIVER W. WANGER
                                     United States District Judge
```

1