# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| RONNIE RODRIGUEZ | ) Case No: 1:05-CR-00184-003 |
| | ) USM No: 62280-097 |
| Date of Previous Judgment: 1/31/2007 | ) J.M. IRIGOYEN |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X  the defendant   ❏  the Director of the Bureau of Prisons   ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❏ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   78   months **is reduced to**   63  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   34            Amended Offense Level:   34
Criminal History Category:   VI         Criminal History Category:   VI
Previous Guideline Range:   262  to  327  months    Amended Guideline Range:   262  to  327  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
  ❏ The reduced sentence is within the amended guideline range.
  X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
  ❏ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   1/31/2007   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   May 2, 2008                               /s/ OLIVER W. WANGER
                                                       Judge's signature

Effective Date:                                         OLIVER W. WANGER, US DISTRICT JUDGE
         (if different from order date)                 Printed name and title